No. 686. PAISNER ET AL., DOING BUSINESS AS QUALITY MANUFACTURING CO., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Harry Rosenblatt* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States.

No. 706. MEADE *v.* GOLDBERG ET AL. C. A. 6th Cir. Certiorari denied. *Edward F. Prichard, Jr.* for petitioner. *Jerome J. Dick* for respondents.

No. 101. E. EDELMANN & CO. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application. *Will Freeman* and *W. M. Van Sciver* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, Earl W. Kintner* and *Robert B. Dawkins* for respondent.

No. 225. C. E. NIEHOFF & CO. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application. *Charles R. Sprowl* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, Earl W. Kintner* and *James E. Corkey* for respondent.

No. 489, Misc. EVERETT *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Earl R. Duncan* for petitioner.